FILED

DEC 1 2 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**EDGAR MADDISON WELCH,**

***Defendant.***

Case: 1:16-mj-0847
Assigned To: Magistrate Judge G. Michael Harvey
Assign Date: 12/12/2016
Description: Arrest Warrant/Complaint

## ORDER SEALING AN AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

The United States has filed a motion to seal the affidavit in the above-captioned case, as well as the motion to seal the affidavit.

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that notification of the existence of the contents of the affidavit, as well as the motion to seal, could jeopardize the ongoing investigation, including by giving witnesses the opportunity to destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b) (2), (3), (5).

It is, therefore, this 12th day of December, 2016,

ORDERED that the motion is hereby GRANTED, and that the affidavit in support of the above-captioned criminal complaint, as well as the motion to seal, be SEALED until further order of the Court, or at the time of an initial appearance in the above-captioned case.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

CC: Demian S. Ahn
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street NW
Washington, D.C. 20001

DENIED
12/12/16